# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00451-CV

**John Mark Quaak, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 09-3302-FC1, HONORABLE GEORGE E. HOLMES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

John Mark Quaak has failed to prosecute his appeal. After requesting and receiving two extensions of time to file it, appellant's brief was due on July 6, 2012. On August 9, 2012, this Court's clerk sent Quaak a notice informing him that his brief was overdue and cautioned that his appeal could be dismissed for want of prosecution unless Quaak filed a response reasonably explaining his failure to file a brief. That response was due by August 20, 2012. Quaak has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 31, 2012